# *IN THE SUPREME COURT, STATE OF WYOMING*

## 2023 WY 117

*October Term, A.D. 2023*

December 7, 2023

LEANNA ROSE LaFLEUR,

**Appellant**
**(Defendant),**

**v.**                                                    S-23-0186

THE STATE OF WYOMING,

**Appellee**
**(Plaintiff).**

## ORDER AFFIRMING THE DISTRICT COURT'S ORDER TO REVOKE PROBATION

[¶1]     **This matter** came before the Court upon its own motion following notification that Appellant has not filed a *pro se* brief in the time allotted. Appellant took this appeal to challenge the district court's June 8, 2023, Order to Revoke Probation. Appellant admitted she violated her probation. The district court revoked probation and imposed a sentence of two to four years on Appellant's conviction for possession of a felony amount of methamphetamine. Wyo. Stat. Ann. § 35-7-1031(c)(ii). The district court suspended that sentence in favor of two years of supervised probation.

[¶2]     On October 2, 2023, Appellant's court-appointed appellate counsel e-filed a Motion to Withdraw as Counsel, pursuant to *Anders v. California*, 386 U.S. 738, 744, 87 S.Ct. 1396, 1400, 18 L.Ed.2d 493 (1967). This Court subsequently entered an Order Granting Motion for Extension of Time to File *Pro Se* Brief. This Court ordered that, on or before November 16, 2023, Appellant may file with this Court a *pro se* brief specifying the issues for the Court to consider in this appeal. This Court also provided notice that, after the time for filing a *pro se* brief expired, this Court would make its ruling on counsel's motion to withdraw and, if appropriate, make a final decision on this appeal. This Court notes that Appellant did not file a *pro se* brief or other pleading in the time allotted.

[¶3]    Now, following a careful review of the record and the *Anders* brief submitted by appellate counsel, this Court finds appellate counsel's motion to withdraw should be granted and the district court's Order to Revoke Probation should be affirmed. It is, therefore,

[¶4]    **ORDERED** that the Wyoming Public Defender's Office, court-appointed counsel for Appellant Leanna Rose LaFleur, is hereby permitted to withdraw as counsel of record for Appellant; and it is further

[¶5]    **ORDERED** that the Natrona County District Court's June 8, 2023, Order to Revoke Probation, be, and the same hereby is, affirmed.

[¶6]    **DATED** this 7th day of December, 2023.

BY THE COURT:

/s/

**KATE M. FOX**
**Chief Justice**